[No. 8530-9-III. Division Three. May 19, 1988.]

THE STATE OF WASHINGTON, *Appellant,* v. ROBERT GUZMAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grant County, No. 85-1-00184-5, Clinton J. Merritt, J., entered February 27, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 8612-7-III. Division Three. May 19, 1988.]

PETER K. HANRAHAN, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 85-2-00972-8, Walter A. Stauffacher, J., entered May 19, 1987. *Affirmed* by unpublished opinion per Thompson, J., concurred in by McInturff, C.J., and Munson, J.

[No. 9514-9-II. Division Two. May 20, 1988.]

*In the Matter of* CHRISTIE SIDES, ET AL.

Appeal from a judgment of the Superior Court for Mason County, No. 84-7-00019-0, Daniel J. Berschauer, J., entered January 29, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Alexander, J.